IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIERAN COUGHLAN AND CLAIRE RIORDAN,<br><br>  Plaintiff,<br><br>vs.<br><br>FERGUS HOBAN,<br><br>  Defendant. | 8:17-CV-3<br><br>JUDGMENT |

Pursuant to the parties' Joint Stipulation to Dismiss with Prejudice (filing 37), this case is dismissed with prejudice.

Dated this 9th day of November, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge